# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 558 EAL 2014
:
              Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
STANLEY K. JOHNSON, :
:
         Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.